GREGORY S. POWELL (182199)
Assistant United States Trustee
United States Department of Justice
Office of the United States Trustee
450 Golden Gate Avenue, Suite 05-0153
San Francisco, CA 94102
Telephone:  415-705-3333
Facsimile:   415-705-3379
Email:  Greg.powell@usdoj.gov

Attorney for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 25-40893 WJL |
| | ) | |
| | ) | |
| SAINT CLOUD, INC., | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following

qualified individual as Subchapter V trustee in the above-captioned case:

**MARK SHARF**
6080 Center Drive, Suite 600
Los Angeles, CA  90045
Phone: (323) 612-0202
Email: mark@sharflaw.com


Dated: May 27, 2025                                  TRACY HOPE DAVIS
                                                                     UNITED STATES TRUSTEE


                                                                     /s/ Gregory S. Powell_____
                                                                     Assistant United States Trustee

Notice of Appointment of Subchapter V Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

IN RE:                                                    CASE NO. 25-40893 WJL

SAINT CLOUD, INC.

           Debtor(s)                                      CHAPTER 11


### VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as

Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as

defined by 11 U.S.C. §101(14) in that I:

    (a)    am not a creditor, equity security holder or insider of the debtor;

    (b)    am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

    (c)    do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation

for my service in this case at an hourly rate of $660, in addition to seeking reimbursement for

any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP

2008.


Dated: 5/27/2025

_____
Mark Sharf

1