June 4, 2025
Case ID: 25-40893

FILED
JUN 04 2025
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Honorable Judge Lafferty,

My name is Ray Walker, I am the President and CEO of Saint Cloud, Inc. As the sole employee and owner of Saint Cloud, I'm responsible for every aspect of the corporation, from design to sales, marketing, and all parts in-between. It is a lot to do, but I love it. I am also a husband, with six children under my roof, whom I greatly adore. We were all together, as a family, living in Spain for seven months. We recently moved back to the U.S. on May 1st, 2025. As a hands-on businessman with a family, getting this filing together, without an attorney (as I cannot yet afford one) I have struggled to sufficiently complete all of the paperwork necessary for a complete filing. I have spent a lot of time attempting to also get my family re-established with housing, school enrollments, and health care. I ask, Honorable Judge Lafferty, that you please grant Saint Cloud an <u>extension of 60 days</u> to allow me to complete the documents necessary for a complete filing. I apologize for my penmanship.

Thank you for your consideration,

Ray Walker
CEO/President
510-596-6???
Saint Cloud, Inc.