

**The following constitutes the order of the Court.  
Signed: June 7, 2025**

_____  
**William J. Lafferty, III  
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 25-40893 WJL |
| Saint Cloud Inc, | Chapter 11 |
| Debtor. | |

**ORDER DENYING MOTION TO EXTEND TIME**

On May 21, 2025 *pro se* Debtor Saint Cloud Inc ("Debtor") filed a Chapter 11 Voluntary Petition for Non-Individuals (the "Petition"). (Dkt. #1). The petition was filed through its putative managing member, Ray Walter, rather than through legal counsel as required by the Bankruptcy Local Rules ("B.L.R.") in this District. The petition was incomplete and skeletal as it was filed without the required schedules and documents. The complete filing was due on June 5, 2025. (Dkt. #4).

On June 4, 2025, Mr. Walter filed a Motion to Extend Time to File Schedules and Other Required Documents (the "Motion"), seeking a 60-day extension to the deadline, citing good cause due to personal matters and a lack of counsel. (Dkt. #17). While these factors may contribute to a finding of good cause, BLR 9010-1(b) requires that corporations or any entity other than a natural person appear through counsel admitted in this District. *See e.g. In re Interiors of*

1

*Yesterday, LLC*, 284 B.R. 19, 24 (Bankr. D. Conn. 2002) ("the rule against pro se appearances by artificial entities applies to limited liability companies"). Currently, the Debtor's Application to Employ Counsel is due on June 20, 2025. (Dkt. #1). Debtor also has a meeting of creditors currently scheduled for June 23, 2025. (Dkt. #2).

Upon consideration of the Motion, the governing law, and the balance of record, the Court HEREBY DENIES the Debtor's Motion. At this time, the due date for the remaining filings is extended only until **June 20, 2025**. If Debtor fails to submit the required documents, the Court may dismiss their case without further hearing.

Further, the Court HEREBY ORDERS that this case will be dismissed without further notice or hearing unless counsel files an appearance in this case on Debtor's behalf by June 20, 2025.

**\*\*END OF ORDER\*\***

# COURT SERVICE LIST

**Saint Cloud Inc**

316 O'Neil Circle

Hercules, CA 94547