# Notice Recipients

District/Off: 0971–4  User: admin  Date Created: 6/9/2025
Case: 25–40893  Form ID: pdfeoc  Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   Saint Cloud Inc   316 O'Neil Circle   Hercules, CA 94547

TOTAL: 1