United States Bankruptcy Court
Northern District of California

In re: Case No. 25-40893-WJL
Saint Cloud Inc Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-4      User: admin      Page 1 of 1
Date Rcvd: Jun 09, 2025      Form ID: pdfeoc      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Saint Cloud Inc, 316 O'Neil Circle, Hercules, CA 94547-3747 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2025      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Mark M. Sharf | mark@sharflaw.com<br>msharf00@gmail.com;sharf1000@gmail.com;C188@ecfcbis.com;msharf00@gmail.com;2180473420@filings.docketbird.com |
| Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |
| Trevor Ross Fehr | on behalf of U.S. Trustee Office of the U.S. Trustee/Oak trevor.fehr@usdoj.gov |

TOTAL: 3



The following constitutes the order of the Court.
Signed: June 7, 2025

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 25-40893 WJL |
| Saint Cloud Inc, | Chapter 11 |
| Debtor. | |

### ORDER DENYING MOTION TO EXTEND TIME

On May 21, 2025 *pro se* Debtor Saint Cloud Inc ("Debtor") filed a Chapter 11 Voluntary Petition for Non-Individuals (the "Petition"). (Dkt. #1). The petition was filed through its putative managing member, Ray Walter, rather than through legal counsel as required by the Bankruptcy Local Rules ("B.L.R.") in this District. The petition was incomplete and skeletal as it was filed without the required schedules and documents. The complete filing was due on June 5, 2025. (Dkt. #4).

On June 4, 2025, Mr. Walter filed a Motion to Extend Time to File Schedules and Other Required Documents (the "Motion"), seeking a 60-day extension to the deadline, citing good cause due to personal matters and a lack of counsel. (Dkt. #17). While these factors may contribute to a finding of good cause, BLR 9010-1(b) requires that corporations or any entity other than a natural person appear through counsel admitted in this District. *See e.g. In re Interiors of*

*Yesterday, LLC*, 284 B.R. 19, 24 (Bankr. D. Conn. 2002) ("the rule against pro se appearances by artificial entities applies to limited liability companies"). Currently, the Debtor's Application to Employ Counsel is due on June 20, 2025. (Dkt. #1). Debtor also has a meeting of creditors currently scheduled for June 23, 2025. (Dkt. #2).

Upon consideration of the Motion, the governing law, and the balance of record, the Court HEREBY DENIES the Debtor's Motion. At this time, the due date for the remaining filings is extended only until **June 20, 2025**. If Debtor fails to submit the required documents, the Court may dismiss their case without further hearing.

Further, the Court HEREBY ORDERS that this case will be dismissed without further notice or hearing unless counsel files an appearance in this case on Debtor's behalf by June 20, 2025.

**\*\*END OF ORDER\*\***

## COURT SERVICE LIST

**Saint Cloud Inc**

316 O'Neil Circle

Hercules, CA 94547