FILED

JUN 2 0 2025

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

☐ Check if this is an
amended filing



**Fill in this information to identify the case:**

Debtor name _Saint Cloud Inc._

United States Bankruptcy Court for the: _Northern_  District of _CA_
(State)

Case number (If known): _25 - 40893_

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 BMO Harris Bank | 925-543-0310 | Loan debt | disputed | | | $490,000 |
| 2 The Acceleration Group | Ryan Tripp 256-714-3343 | Debt that converted to equity - bad actors! | disputed | | | $600k |
| 3 Herdell Printing | Patty Herdell 340 McCormick B St Helena, CA | Debt | | | | $75,000 |
| 4 Damon Jones | Debt 202-485-5931 | Debt | | | | $120,000 |
| 5 Jeff Mosely & Brad Hill | 615 414 7166 Jeff@fairtradeservices.com | Debt, barrel purchase | | | | $450,000 |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |

Debtor _Saint Cloud_      Case number (if known) _25-40893_

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim: If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Case: 25-40893   Doc# 20   Filed: 06/20/25   Entered: 06/20/25 17:19:45   Page 2 of 2