SAINT CLOUD Inc
316 O Neil Circle
Hercules, CA 94547



FILED
JUN 2 0 2025
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
Northern District of California

In re:
SAINT CLOUD, Inc,
Debtor.

Case No. 25-40893
Chapter 11, Subchapter V

CORPORATE OWNERSHIP STATEMENT
(Pursuant to Fed. R. Bankr. P. 1007(a)(1))

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1), the undersigned, as authorized representative of the debtor, certifies the following:

1. The following entities directly or indirectly own 10% or more of any class of the debtor's equity interests:

Ray Brian Walker, owning 100% of equity interest

Dated: June 20th, 2025
Respectfully submitted,

By: _____
Ray Brian Walker
CEO / President
Saint Cloud, Inc.

SAINT CLOUD Inc
316 O Neil Circle
Hercules, CA 94547


UNITED STATES BANKRUPTCY COURT
Northern District of California

In re:
SAINT CLOUD, Inc., Debtor

Case No. 25-40893
Chapter 11, Subchapter V

LIST OF EQUITY SECURITY HOLDERS
(Pursuant to Fed. R. Bankr. P. 1007(a)(3))

The following is the list of all equity security holders of the debtor:

1. Name: Ray Brian Walker
Address: 316 O Neil Circle
Hercules, CA 94547
Ownership: 100%

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/20/2025

By: _____
Ray Brian Walker
CEO / President
Saint Cloud, Inc.