Dear Mr. Walker,

FILED
JUN 2 0 2025
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The purpose of this email is to confirm that I will be delivering a Pro Hac Vice Motion to the court on or about June 24, 2025 so that I can be the attorney for Saint Cloud Inc. for the bankruptcy. I am waiting to obtain one document from the U.S. District Court for the Eastern District of Wisconsin.

Thomas

Thomas P. DeMuth

## DeMuth & Associates LLC

6130 North Berkeley Boulevard

Whitefish Bay, WI 53217

414-651-2517

tdemuth@demuthassociates.com