United States Bankruptcy Court
Northern District of California

In re: Case No. 25-40893-WJL
Saint Cloud Inc Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-4      User: admin      Page 1 of 1
Date Rcvd: Jun 23, 2025      Form ID: NOFNI      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Saint Cloud Inc, 316 O'Neil Circle, Hercules, CA 94547-3747 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Mark M. Sharf | mark@sharflaw.com<br>msharf00@gmail.com;sharf1000@gmail.com;C188@ecfcbis.com;msharf00@gmail.com;2180473420@filings.docketbird.com |
| Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |
| Trevor Ross Fehr | on behalf of U.S. Trustee Office of the U.S. Trustee/Oak trevor.fehr@usdoj.gov |

TOTAL: 3

Form NOFNI

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re: Saint Cloud Inc<br><br>aka L'Americaine Spirits Inc<br>　　　Debtor(s) | Case No.: 25−40893 WJL 11<br><br>Chapter: 11 |

**NOTICE OF DEFICIENT FILING REGARDING OBSOLETE FORMS AND DISMISSAL OF CASE IN EVENT OF FAILURE TO CURE**

In the above−captioned case, obsolete and/or outdated forms were filed. The Official Form must be filed to amend each document noted below.

☐ Voluntary Petition (Official Form 201)
☐ Summary of Schedules (Official Form 206Sum)
☐ Statistical Summary of Certain Liabilities (Official Form 206Sum)
☐ Declaration under Penalty of Perjury on Behalf of a Corporation or Partnership (Official Form 202)
☐ Schedule A − Real Property (Official Form 206A/B)
☐ Schedule B − Personal Property (Official Form 206A/B)
☐ Schedule D − Creditors Holding Secured Claims (Official Form 206D)
☐ Schedule E − Creditors Holding Unsecured Priority Claims (Official Form 206E/F)
☐ Schedule F − Creditors Holding Unsecured Nonpriority Claims (Official Form 206E/F)
☐ Schedule G − Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H − Codebtors (Official Form 206H)
☑ Statement of Financial Affairs (Official Form 207)
☐ List of Creditors Holding 20 Largest Unsecured Claims (for non−individual debtor chapter 11 or 9 Official Form 204)
☐ Other:

**NOTICE IS GIVEN** that unless, within 14 DAYS OF THE DATE OF THIS NOTICE, an Official Form is filed for each document noted above, the court MAY DISMISS this case without further notice or a hearing.

The debtor(s) may request an extension of time to file the Official Forms noted above, but must do so within 14 DAYS OF THE DATE OF THIS NOTICE. The request may be filed electronically, mailed, or delivered in person to the court at the address stated below, but it must be received by the court before the 14 days has expired. If an extension is granted and the documents are not filed before the extension expires, the case may be dismissed.

U.S. Bankruptcy Court
1300 Clay Street, Suite 300
Oakland, CA 94612


Official Forms are available at www.canb.uscourts.gov


Dated: 6/23/25　　　　　　　　　　　　　For the Court:

　　　　　　　　　　　　　　　　　　　　Edward J. Emmons
　　　　　　　　　　　　　　　　　　　　Clerk of Court
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court