Marcus O. Colabianchi (SBN 208698)
Geoffrey A. Heaton (SBN 206990)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957 3000
Fax: (415) 957 3001
E-mail: mcolabianchi@duanemorris.com
E-mail: gheaton@duanemorris.com

Attorneys for Creditor, The Acceleration Group, LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>SAINT CLOUD INC.<br><br>    Debtor. | Case No. 25-40893 WJL<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION TO DISMISS CHAPTER 11 CASE**<br><br>Date:  August 6, 2025<br>Time: 10:30 a.m.<br>Place: 1300 Clay Street, Courtroom 220<br>            Oakland, CA 94612 |

**TO THE DEBTOR, SUB-CHAPTER V TRUSTEE, ALL CREDITORS AND INTERESTED PARTIES:**

   **PLEASE TAKE NOTICE** that a hearing on creditor The Acceleration Group, LLC's ("Movant" or "TAG") Motion to Dismiss Chapter 11 Case, ("Motion") will be held on August 6, 2025 at 10:30 a.m. before the Honorable William J. Lafferty of the captioned Court.

   **PLEASE TAKE FURTHER NOTICE** that by the Motion, TAG moves for entry of an order dismissing the captioned chapter 11 case for "cause" under 11 U.S.C. § 1112(b) with a 120-day bar on re-filing a bankruptcy case. Further information can be found in the Motion, the Request for Judicial Notice and Declaration of Geoffrey A. Heaton in support of the Motion, all of which have

been filed and served herewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Bankruptcy Local Rule 9014-1(c)(1), opposition to the granting of the Motion, if any, must be filed with the Court and served on the undersigned counsel no later than 14 days prior to the captioned hearing date.

**PLEASE TAKE FURTHER NOTICE** that (1) the hearing will be held in person but parties may attend by Zoom Webinar/AT&T Teleconference, (2) additional information is available on Judge Lafferty's Procedures page on the Court's website (https://www.canb.uscourts.gov), and (3) information on how to attend the hearing by Zoom Webinar/AT&T Teleconference will be included with each calendar posted under Judge Lafferty's Calendar on the court's website.

Dated: July 8, 2025

**DUANE MORRIS LLP**

By: /s/ Geoffrey A. Heaton (206990)
GEOFFREY A. HEATON

Attorneys for The Acceleration Group, LLC