| | |
|---|---|
| In re: | Case No. 25-bk-40893 WL |
| Saint Cloud Inc | |
| Debtor(s) | |

## Chapter 11 Subchapter V Trustee's Report of No Distribution

I, *Mark Sharf*, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0.00. The case was dismissed with no plan confirmed and no plan payments made to the trustee. The Court has not ordered that compensation be awarded to the trustee, nor was any compensation sought. I hereby certify that the estate of the above-named debtor(s) has been fully administered through the date of dismissal. I request that I be discharged from any further duties as trustee.

Date: 7/10/2025     By: /s/ Mark Sharf
                         Mark Sharf, Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR C**