United States Bankruptcy Court
Northern District of California

In re:     Case No. 25-40893-WJL
Saint Cloud Inc     Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-4     User: admin     Page 1 of 2
Date Rcvd: Jul 10, 2025     Form ID: NDC     Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Saint Cloud Inc, 316 O'Neil Circle, Hercules, CA 94547-3747 |
| 15761347 | + | BMO Harris, 111 W Monroe St, Chicago, IL 60603-4096 |
| 15772757 | + | BMO Harris Bank, 2001 Broadway, Oakland, CA 94612-2301 |
| 15761349 | + | Corning & Co., 5535 State Farm Drive, Rohnert Park, CA 94928-1610 |
| 15761350 | + | Herdell Printing, 340 McCormick St.B, St. Helena, CA 94574-1420 |
| 15761352 | + | The Acceleration Group, 4 Market Square, 403, Knoxville, TN 37902-1442 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Jul 11 2025 04:16:00 | CA Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Jul 11 2025 04:16:00 | CA Franchise Tax Board, Special Procedures Bankruptcy Unit, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | EDI: CALTAXFEE | Jul 11 2025 04:16:00 | State Board of Equalization, Collection Dept., P.O. Box 942879, Sacramento, CA 94279 |
| smg | | EDI: IRS.COM | Jul 11 2025 04:16:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | Jul 11 2025 00:14:09 | Labor Commissioner, 1515 Clay St., Room 801, Oakland, CA 94612-1463 |
| cr | + | EDI: AISACG.COM | Jul 11 2025 04:16:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Jul 11 2025 04:16:00 | BMO Bank N.A., c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15761348 | | Email/Text: bankruptcy@deltabridgefunding.com | Jul 11 2025 00:18:00 | CloudFund LLC, 400 Rella Bivd Suite, 165-101, Suffern, NY 10901 |
| 15776349 | | EDI: EDD.COM | Jul 11 2025 04:16:00 | Employment Development Department, Bankruptcy Group MIC 92E, PO BOX 826880, Sacramento, CA 95814 |
| 15777059 | | EDI: CALTAX.COM | Jul 11 2025 04:16:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO Box 2952, SACRAMENTO, CA 95812-2952 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | The Acceleration Group, LLC |
| 15772760 |  | Damon Jones |
| 15761351 |  | Damon Jones, Los Angeles, CA |
| 15772759 |  | Herdell Printing |
| 15772761 |  | Jeff Mosely & Brad Hill |
| 15772758 |  | The Acceleration Group |

TOTAL: 6 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 12, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Geoffrey A. Heaton | on behalf of Creditor The Acceleration Group  LLC gheaton@duanemorris.com, dmicros@duanemorris.com |
| Marcus O. Colabianchi | on behalf of Creditor The Acceleration Group  LLC mcolabianchi@duanemorris.com, dmicros@duanemorris.com |
| Mark M. Sharf | mark@sharflaw.com msharf00@gmail.com;sharf1000@gmail.com;C188@ecfcbis.com;msharf00@gmail.com;2180473420@filings.docketbird.com |
| Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |
| Trevor Ross Fehr | on behalf of U.S. Trustee Office of the U.S. Trustee/Oak trevor.fehr@usdoj.gov |

TOTAL: 5

Form NDC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re:    Saint Cloud Inc<br><br>    aka  L'Americaine Spirits Inc<br>       Debtor(s) | Case No.: 25−40893 WJL 11<br>Chapter:  11 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is hereby given** that the debtor(s) failed to comply with this court's order(s) or notice(s) below, filed on 06/23/2025. Therefore, it is ordered that this case be **dismissed**.

☐ Order to File Required Documents and Notice of Automatic Dismissal

☐ Order and Notice Regarding Failure to Pay Filing Fee

☐ Notice of Failure to Provide Debtor(s) Social Security Number, Employer Identification Number and/or List of Creditors

☐ Order Granting the Application to Pay Filing Fee in Installments

☒ Other: Notice of Deficient Filing Regarding Obsolete Forms and Dismissal of Case

Dated: <u>7/9/25</u>

By the Court:

William J. Lafferty
United States Bankruptcy Judge