| | |
|---|---|
| 1 | Geoffrey A. Heaton (CA SBN 206990) |
| 2 | **DUANE MORRIS LLP** |
| | 100 Crescent Court, Suite 1200 |
| 3 | Dallas, Texas  75201 |
| | Tele:    415 957-3122 |
| 4 | Fax:    415 707-2093 |
| | E-mail:  gheaton@duanemorris.com |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re:

**The updated address information shown below applies to the bankruptcy cases appearing on the attached list.**

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that the address of Geoffrey A. Heaton has changed.  The telephone number and email address remain the same.  The new address is:

> Geoffrey A. Heaton
> Duane Morris LLP
> 100 Crescent Court, Suite 1200
> Dallas, Texas 75201
> Tele: 415 957-3122
> Fax:    415 707-2093
> Email: gheaton@duanemorris.com

Please update your records accordingly.

Dated: July 22, 2025                              **DUANE MORRIS LLP**

                                                  By:  /s/ Geoffrey A. Heaton

# ATTACHMENT TO NOTICE OF CHANGE OF ADDRESS

## GEOFFREY A. HEATON (SBN 206990)

| CASE NAME | CASE NUMBER |
|---|---|
| Tamalpais Bancorp | 10-13707 |
| Howrey LLP | 11-31376 |
| PG&E Corporation | 19-30088 |
| ACHE Capital, LLC | 21-30299 |
| Dutchints Development LLC | 21-51255 |
| San Francisco Art Institute, a California nonprofit | 23-30250 |
| Saint Cloud Inc. | 25-40893 |
| Kubera Hotel Properties, LP, a California Limited Partnership | 25-40996 |